UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA BELT,

      Plaintiff,

v.                                    Case No.: 2:20-cv-00816-JLB-MRM

INTEGON NATIONAL INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER

    Plaintiff has filed a notice of voluntary dismissal without prejudice (Doc. 8) of her claims against Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice is effective immediately upon filing. Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

    **ORDERED** in Fort Myers, Florida, on October 28, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE